THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, a municipal corporation, | CASE NO. C19-1741-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MCKESSON CORPORATION *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time for Defendants to respond to Plaintiff's complaint (Dkt. No. 10). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The deadline for Defendants to file an answer or otherwise respond to the complaint is hereby EXTENDED to 60 days after the Court's decision on Plaintiff's potential motion to remand or the Judicial Panel of Multidistrict Litigation's decision on a conditional transfer, whichever is later.

//

//

//

1   DATED this 5th day of November 2019.

2                                           William M. McCool
                                            Clerk of Court
3
                                            s/Tomas Hernandez
4                                           Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C19-1741-JCC
PAGE - 2